IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS GREENHILL, *individually and on behalf of others similarly situated as Plaintiff/Class Representative,* <br><br> Plaintiff, <br><br> vs. <br><br> RV WORLD, LLC, *doing business as* Camping World of Marion, <br><br> Defendant. | Case No.: 3:23-cv-2437-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 29, 2024 (Doc. 40) this matter is **DISMISSED without prejudice** and the case is closed.

**IT IS SO ORDERED.**

**DATED: March 29, 2024**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1